JS-6

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLENE T. DEMOULPIED,<br><br>  Plaintiffs,<br>vs.<br><br>ANTHEM HEALTH PLAN OF VIRGINIA; ZEIDERS ENTERPRISE, INC.; ANTHEM BLUE CROSS AND BLUE SHIELD dba ANTHEM HEALTH PLAN OF VIRGINIA, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV16-05390 PA (AJWx)<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [67]** |

The Court, having reviewed the parties' Stipulation To Dismiss Entire Action With Prejudice, finds that good cause exists to enter an order approving said Stipulation.

Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

1. This action, Case No. CV16-05390 PA (AJWx), is dismissed in its entirety, with prejudice; and

2. Each party shall bear their own costs and fees.

IT IS SO ORDERED

Dated  April 21, 2017

_____
United States District Judge

- 1 -
ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE